UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD BARR, | ) NO. CV 16-1816 JFW (FFM) |
| Petitioner, | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CONRAD GRABER, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) Respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered dismissing this action without prejudice.

DATED: December 20, 2016

JOHN F. WALTER
United States District Judge